# EXHIBIT 4

CN- 209945-BC



**GUARDIAN** The Guardian Life Insurance Company of America

**Long Term Disability Reimbursement Agreement**

Send to Group LTD Claims, PO Box 26025, Lehigh Valley, PA 18002-6025
Customer Service: 800-538-4583   FAX: 610-807-8221   Email: Group_LTD_Claims@glic.com

Name: JAMES A. BEACH
Plan # / Claim #: 337886 / 12611

Address: [redacted]
Date Requested: 8/23/01

Telephone #: [redacted]

The plan under which I am covered provides that my Group Long Term Disability benefits will be reduced by the amount of Other Sources of Income which I or my dependents (should my contract allow reduction of dependent benefits) may be eligible to receive.

The plan also provides that if I do not apply for these Other Sources of Income, my Long Term Disability benefits will be reduced by the amount of benefits which I would be eligible to receive if I had made application. I further understand that Guardian is entitled to consider such Other Sources of Income as being received where claim therefore is pending.

In the event that application has been made with respect to any Other Source of Income which I or my dependents (if applicable) may be eligible to receive, I understand that Guardian will waive its assumption of an estimated amount of said benefits until such time as a decision has been made.

In exchange for Guardian's agreement to waive its assumption of any Other Sources of Income for which I may be eligible, I hereby agree to reimburse Guardian for any resulting overpayment in the event that I am found to be eligible. I further agree to notify Guardian of any and all decisions, concerning any Other Source of Income, immediately upon being informed of same.

**I understand the provisions under my group insurance contract for reducing my Long Term Disability Benefits by coordination with Other Sources of Income. I agree that if I become eligible for Group Long Term Disability Benefits, I will apply and submit a copy of my application for any income to which I might be entitled and which would be deducted from my Group Long Term Disability Benefits. I also agree to appeal any adverse ruling or decision relative to these Other Sources of Income and submit a copy of proof of appeal. I further agree to immediately reimburse Guardian for any overpayment resulting from benefits which were paid without reduction from Social Security Disability/Retirement (primary and dependent benefits, if applicable), Workers Compensation, State Disability, No-Fault Insurance, Pensions and/or any Other Sources of Income defined in my Group Insurance Plan.**

Signed: [signature]   Date: Sept. 15, 01

Witness: [signature]   Date: 9/15/01

GG-012361   (11/00)

Guardian/Beach 4843